UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HENRY MADISON,

       Plaintiff,                Case No.  1:12-cv-1145

v.

                                     Honorable Paul L. Maloney

LARRY STELMA et al.,

       Defendants.
_____/

## JUDGMENT

       In accordance with the Order issued this date:

       IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.  Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:   April 29, 2013                      /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge